Arthur G. Schroeder, appellee, v. Maria Marx, appellant. Gen. No. 38,065.

Heard in the first division of this court for the first district at the April term, 1935. Opinion filed June 17, 1935.

Livingston & Kaufman, for appellant. Joseph Bonnefoi, for appellee; Victor M. Langsett, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Bertha Weisskopf, appellee, v. Grand Lodge of the United States of the Free Sons of Israel, appellant. Gen. No. 38,092.

Heard in the first division of this court for the first district at the April term, 1935. Opinion filed June 17, 1935.

Julius C. Greenbaum, for appellant. West & Eckhart, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois ex rel. Edward J. Barrett, complainant, v. The West Side Trust and Savings Bank, defendant.

Ida Gordon, appellant, v. William L. O'Connell, appellee. Gen. No. 38,112.

Heard in the first division of this court for the first district at the April term, 1935. Opinion filed June 17, 1935.

Maurice S. Levy and Nat M. Kahn, for appellant. Thomas D. Nash and Michael J. Ahern, for appellee; Richard F. Shay, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Thomas B. Roberts, appellee, v. G. A. Schillinger, appellant. Gen. No. 38,131.

Heard in the first division of this court for the first district at the April term, 1935. Opinion filed June 17, 1935.

James H. Burr, for appellant. Joseph R. Roth, for appellee.

Mr. Justice Matchett delivered the opinion of the court.